# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEREIDA GARCIA, | JURY TRIAL DEMANDED |
| Plaintiffs, | Civ. No.  2:22-CV-05128 |
| v. | |
| DeMET'S CANDY COMPANY, LLC, STAR BRANDS NORTH AMERICA, INC., PLADIS GLOBAL, and JEREMY REINERT | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nereida Garcia by and through undersigned counsel, hereby gives notice of voluntary dismissal of this case in its entirety, with prejudice.

Defendants have not answered or moved for summary judgment.

Respectfully submitted,

**Mobilio Wood**

Date: 02/15/23          By: _____

Matthew Mobilio, Esq. (I.D. No. 209439)
4728 Hamilton Boulevard
Allentown, PA 18103
Phone: (610) 882-4000
Fax: (866) 793-7665
matt@mobiliowood.com